1  ROBERT S. BLUMBERG, Bar No. 161649
   rblumberg@littler.com
2  LITTLER MENDELSON, P.C.
   633 West 5th Street
3  63rd Floor
   Los Angeles, California 90071
4  Telephone: 213.443.4300
   Facsimile: 213.443.4299
5
   ASHLEY J. BRICK, Bar No. 281657
6  abrick@littler.com
   LITTLER MENDELSON, P.C.
7  2049 Century Park East
   5th Floor
8  Los Angeles, CA 90067.3107
   Telephone: 310.553.0308
9  Fax No.:    310.553.5583

10 Attorneys for Defendant
   ADIDAS AMERICA, INC.
11

12                UNITED STATES DISTRICT COURT

13                CENTRAL DISTRICT OF CALIFORNIA

14

15 | MONSERRAT LOPEZ, an individual, on behalf of herself, and on behalf of all persons similarly situated, | Case No. 2:21-cv-00447 |
|---|---|
| Plaintiffs, | **DECLARATION OF KURT NATH TANDAN IN SUPPORT OF DEFENDANT ADIDAS AMERICA, INC.'S NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION** |
| v. | |
| ADIDAS AMERICA, INC., an Oregon corporation; and DOES 1 through 50, Inclusive, | **[28 U.S.C. §§ 1332, 1441 & 1446]** |
| Defendants. | Complaint Filed: December 4, 2020 |

DocuSign Envelope ID: BZ58B218-910C-45F3-BF18-33BA958C33CD

# DECLARATION OF KURT NATH TANDAN

I, Kurt Nath Tandan, hereby declare as follows:

1.  I am the Associate General Counsel and Senior Director of Corporate Affairs for adidas America, Inc. ("adidas" or "Defendant"), the Defendant in the above-captioned action. In this capacity, I am familiar with, and have access to, Defendant's and its related entities' organization records. I make this Declaration in support of Defendant adidas America, Inc.'s Notice to Federal Court of Removal of Civil Action. I have personal knowledge of all matters contained in this declaration and, if called on as a witness, I could and would competently testify thereto.

2.  adidas is not a state, a state official or any other governmental entity.

3.  adidas is a corporation duly existing and validly existing under and pursuant to the laws of the state of Oregon.

4.  Defendant's principal place of business is located in Portland, Oregon. Its corporate headquarters are located in Portland, Oregon, and its executive, operational and administrative functions are primarily carried out at its corporate headquarters in Portland, Oregon, which is considered its home office. These functions include those critical to adidas' business such as product design, innovation, development, and marketing.

5.  adidas AG, which is traded on the DAX in Germany, is the ultimate parent corporation of adidas and owns 10% or more of the stock of adidas.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 15.01.2021 day of January 2021, at Portland, Oregon



KURT NATH TANDAN

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

2.



**Certificate Of Completion**

| | | |
|---|---|---|
| Envelope Id: B758B218910C45F3BE1833BA958C33CD | | Status: Completed |
| Subject: Please DocuSign: Lopez v. adidas - Removal - Decl. of Kurt Tandan 4810-4729-6725 1.docx | | |
| Use Case: | | |
| Source Envelope: | | |
| Document Pages: 2 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 2 | Initials: 0 | Kurt Tandan |
| AutoNav: Enabled | | Adi-Dassler-Strasse 1 |
| EnvelopeId Stamping: Enabled | | Herzogenaurach, Bavaria  91074 |
| Time Zone: (UTC+01:00) Amsterdam, Berlin, Bern, Rome, Stockholm, Vienna | | Kurt.Tandan@adidas-Group.com |
| | | IP Address: 76.115.53.237 |

**Record Tracking**

| | | |
|---|---|---|
| Status: Original | Holder: Kurt Tandan | Location: DocuSign |
|         Jan-15-2021 | 19:19 |          Kurt.Tandan@adidas-Group.com | |

| **Signer Events** | **Signature** | **Timestamp** |
|---|---|---|
| Kurt Tandan | *DocuSigned by:* | Sent: Jan-15-2021 | 19:20 |
| kurt.tandan@adidas-group.com | *Kurt Tandan* | Viewed: Jan-15-2021 | 19:20 |
| Associate GC & Sr Dir Corp Affairs | 7C2FE76D009D46B... | Signed: Jan-15-2021 | 19:20 |
| Adidas America, Inc | | |
| Security Level: Email, Account Authentication (None) | Signature Adoption: Pre-selected Style | |
| | Using IP Address: 76.115.53.237 | |
| **Electronic Record and Signature Disclosure:**     Not Offered via DocuSign | | |

| **In Person Signer Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Editor Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Agent Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Intermediary Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Certified Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Carbon Copy Events** | **Status** | **Timestamp** |
|---|---|---|
| Ashley Brick | COPIED | Sent: Jan-15-2021 | 19:20 |
| abrick@littler.com | | |
| Security Level: Email, Account Authentication (None) | | |
| **Electronic Record and Signature Disclosure:**     Not Offered via DocuSign | | |

| **Witness Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Notary Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Envelope Summary Events** | **Status** | **Timestamps** |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | Jan-15-2021 | 19:20 |
| Certified Delivered | Security Checked | Jan-15-2021 | 19:20 |
| Signing Complete | Security Checked | Jan-15-2021 | 19:20 |
| Completed | Security Checked | Jan-15-2021 | 19:20 |

| Payment Events | Status | Timestamps |
| --- | --- | --- |