1  ROBERT S. BLUMBERG, Bar No. 161649
   rblumberg@littler.com
2  LITTLER MENDELSON, P.C.
   633 West 5th Street
3  63rd Floor
   Los Angeles, California 90071
4  Telephone: 213.443.4300
   Facsimile: 213.443.4299
5
   ASHLEY J. BRICK, Bar No. 281657
6  abrick@littler.com
   LITTLER MENDELSON, P.C.
7  2049 Century Park East
   5th Floor
8  Los Angeles, CA 90067.3107
   Telephone: 310.553.0308
9  Fax No.: 310.553.5583

10 Attorneys for Defendant
   ADIDAS AMERICA, INC.
11

12                  UNITED STATES DISTRICT COURT

13                 CENTRAL DISTRICT OF CALIFORNIA

14

15 | MONSERRAT LOPEZ, an individual, on behalf of herself, and on behalf of all persons similarly situated, | Case No. 2:21-cv-00447
   |---|---|
   | | **DEFENDANT ADIDAS AMERICA INC.'S NOTICE OF RELATED CASES** |
   | Plaintiffs, | |
   | v. | [LOCAL RULE 83-1.3] |
   | ADIDAS AMERICA, INC., an Oregon corporation; and DOES 1 through 50, Inclusive, | Complaint Filed: December 4, 2020 |
   | Defendants. | |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Pursuant to Central District Local Rule 83-1.3, Defendant ADIDAS AMERICA, INC. hereby avers that, to its knowledge, no action previously filed or currently pending in the Central District appears to arise from the same or closely related transactions, happenings or events as those alleged in Plaintiff Monserrat Lopez's pending lawsuit.

To Defendant's knowledge, no action previously filed or currently pending in the Central District appears to call for determination of the same or substantially related or similar questions of law and fact or will entail substantial duplication of labor if heard by different judges.

Dated: January 15, 2021

By: */s/ Robert S. Blumberg*
ROBERT S. BLUMBERG
ASHLEY J. BRICK
LITTLER MENDELSON, P.C.
Attorneys for Defendant
ADIDAS AMERICA, INC.