**JCL LAW FIRM, APC**
Jean-Claude Lapuyade (State Bar #248676)
Eduardo Garcia (State Bar #290572)
3990 Old Town Avenue, Suite C204
San Diego, CA 92110
Telephone: (619) 599-8292
Facsimile: (619) 599-8291
jlapuyade@jcl-lawfirm.com
egarcia@jcl-lawfirm.com

**ZAKAY LAW GROUP, APLC**
Shani O. Zakay (State Bar #277924)
Jackland K. Hom (State Bar #327243)
3990 Old Town Avenue, Suite C204
San Diego, CA 92110
Telephone: (619) 255-9047
Facsimile: (858) 404-9203
shani@zakaylaw.com
jackland@zakaylaw.com

*Attorneys for Plaintiff*

[COUNSEL CONTINUED ON NEXT PAGE]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSERRAT LOPEZ, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADIDAS AMERICA, INC., an Oregon corporation, and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. 2:21-cv-00447-MCS (PVCx)<br><br>**JOINT MOTION AND STIPULATION TO STAY THE ACTION IN AID OF CONSOLIDATED SETTLEMENT IN STATE COURT**<br><br>Courtroom: 7C<br>Judge: Hon. Mark Scarsi<br>[Complaint Filed: December 4, 2020]<br>[Action Removed: Jan. 15, 2021] |

-1-   Case No. 2:21-cv-00447-MCS (PVCx)
JOINT MOTION AND STIPULATION

1  ROBERT S. BLUMBERG, Bar No. 161649
   rblumberg@littler.com
2  **LITTLER MENDELSON, P.C.**
3  633 West 5th Street 63rd Floor
   Los Angeles, California 90071
4  Tel.: 213.443.4300 Fax No.: 213.443.4299

5  ASHLEY J. BRICK, Bar No. 281657
   abrick@littler.com
6  **LITTLER MENDELSON, P.C.**
7  2049 Century Park East, 5th Floor
   Los Angeles, CA 90067.3107
8  Tel.: 310.553.0308 Fax No.: 310.553.5583

9  *Attorneys for Defendant*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## RECITALS

WHEREAS, Plaintiff MONSERRAT LOPEZ ("Plaintiff") and Defendant ADIDAS AMERICA, INC. ("Defendant") (collectively, "Parties") by and through their respective counsel of record stipulate, agree and jointly request that the Court stay the instant matter for the reasons set forth herein;

WHEREAS, on December 4, 2020, Plaintiff filed a Complaint in Ventura County Superior Court (the "State Court") against Defendant entitled *Lopez v. Adidas America, Inc.*, Case No. 56-2020-00547592-CU-OE-VTA ("Class Action");

WHEREAS, on January 15, 2021, Defendant removed the Class Action to this Court;

WHEREAS, on January 27, 2021, Plaintiff filed a Complaint in Ventura County Superior Court against Defendant, alleging a single cause of action for Violations of the Private Attorneys General Act at Labor Code Sections 2698, *et seq.*, Case No. 56-2021-00549844-CU-OE-VTA ("State Court PAGA Action");

WHEREAS, on July 1, 2021, the Parties participated in a full day mediation with Jeffrey Ross, Esq., to resolve the Class Action and State Court PAGA Action;

WHEREAS, at the conclusion of the full-day mediation, the Parties reached a settlement of the claims asserted in the Class Action and the State Court PAGA Action;

WHEREAS, the Parties are in the process of negotiating and drafting a long-form settlement agreement, pursuant to which Plaintiff will amend the State Court PAGA Action to add the pending Class Action claims;

WHEREAS, upon the execution of the long form Settlement Agreement, the Parties expect to seek approval of the proposed settlement of the Class Action and State Court PAGA Action in State Court, which would result in the complete resolution of all pending claims in both the Class Action and State Court PAGA Action;

WHEREAS, the Parties now seek to stay this action for all purposes for the duration of the approval process in State Court;

WHEREAS, upon receipt of final approval of the Settlement Agreement in the State Court, the Parties will file a joint stipulation to dismiss this action.

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective undersigned counsel, and for good cause, that upon entry of an Order by the Court approving this Stipulation:

1. This action is stayed for all purposes.

2. Once the proposed settlement of the Class Action and State Court PAGA Action is granted final approval from the State Court, the Parties will file a joint stipulation to dismiss this action.

3. The Parties do not waive and expressly reserve the right to request, unilaterally and/or jointly and via a Notice of Request to Lift Stay, that this Court lift the stay on the Class Action in the event that the proposed settlement is not granted final approval by the State Court, or if the settlement does not proceed for any other reason.

4. By entering into this Stipulation, the Parties do not waive and expressly reserve all claims, defenses and challenges in this action.

Dated: July 28, 2021

**LITTLER MENDELSON, PC**

By  */s/ Robert S. Blumberg*
ROBERT S. BLUMBERG, ESQ.
ASHLEY J. BRICK, ESQ.
Attorneys for Defendant

-4-   Case No. 2:21-cv-00447-MCS (PVCx)
JOINT MOTION AND STIPULATION

**ZAKAY LAW GROUP, APC**

By  */s/ Shani O. Zakay*
SHANI O. ZAKAY, ESQ.
Attorney for Plaintiff

**JCL LAW FIRM, APC**

By  */s/ Jean-Claude Lapuyade*
JEAN-CLAUDE LAPUYADE, ESQ.
Attorney for Plaintiff

## ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2), the undersigned hereby attests that all other signatories listed, on whose behalf this filing is submitted, concur in the filing and consent to and have authorized the filing.

*/s/ Jean-Claude Lapuyade*
Jean-Claude Lapuyade, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of Perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 28 2021.

JCL LAW FIRM, APC

By: */s/ Jean-Claude Lapuyade*
Jean-Claude Lapuyade
Attorneys for Plaintiff