UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSERRAT LOPEZ, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADIDAS AMERICA, INC. an Oregon corporation, and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. 2:21-cv-00447-MCS (PVCx)<br><br>**ORDER RE JOINT MOTION AND STIPULATION TO STAY THE ACTION** |

-1-   Case No. 2:21-cv-00447-MCS (PVCx)

The parties filed a Joint Motion and Stipulation to Stay the Action In Aid of Consolidated Settlement In State Court ("Stipulation") requesting that the Court stay this action for all purposes until a settlement of related claims in state court is final. *See* Stipulation, ECF No. 36. The Stipulation provides that "the parties are in the process of negotiating and drafting a long-form settlement agreement, pursuant to which Plaintiff will amend the State Court PAGA Action to add the" claims pending before this Court. *Id.* The Court **DENIES** the stipulation. The parties can dismiss without prejudice claims they intend to add to the state court action, but they provide no good cause for why this Court should stay all proceedings because the parties are "negotiating and drafting" preliminary settlement terms.

**IT IS SO ORDERED.**

DATE: July 29, 2021

HONORABLE MARK SCARSI
UNITED STATES DISTRICT JUDGE