**ZAKAY LAW GROUP, APLC**
Shani O. Zakay (State Bar #277924)
Jackland K. Hom (State Bar #327243)
3990 Old Town Ave. Suite C204
San Diego, CA 92110
Telephone: (619) 255-9047
Facsimile: (858) 404-9203

**JCL LAW FIRM, APC**
Jean-Claude Lapuyade (SBN 248676)
jlapuyade@jcl-lawfirm.com
3990 Old Town Avenue, Suite C204
San Diego, CA 92110
Telephone: (619) 599-8292
Fax:   (619) 599-8291

*Attorneys for Plaintiff*

ROBERT S. BLUMBERG, Bar No. 161649
rblumberg@littler.com
**LITTLER MENDELSON, P.C.**
633 West 5th Street, 63rd Floor
Los Angeles, California 90071
Telephone: 213.443.4300   Fax No.: 213.443.4299

ASHLEY J. BRICK, Bar No. 281657
abrick@littler.com
**LITTLER MENDELSON, P.C.**
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308   Fax No.: 310.553.5583

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSERRAT LOPEZ, an individual, on behalf of herself, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADIDAS AMERICA, INC., an Oregon corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:21-cv-00447-MCS-PVC<br><br>**JOINT MOTION AND STIPULATION REQUESTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**<br><br>Judge: Hon. Mark C. Scarsi<br><br>[Complaint Filed: December 4, 2020]<br>[Action Removed: Jan. 15, 2021] |

## STIPULATION

Plaintiff MONSERRAT LOPEZ ("Plaintiff") and Defendant ADIDAS AMERICA, INC. ("Defendant"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, on December 4, 2020, Plaintiff filed a Complaint in Ventura County Superior Court (the "State Court") against Defendant entitled *Lopez v. Adidas America, Inc.*, Case No. 56-2020-00547592-CU-OE-VTA ("Class Action");

WHEREAS, on January 15, 2021, Defendant removed the Class Action to this Court;

WHEREAS, on January 27, 2021, Plaintiff filed a Complaint in Ventura County Superior Court against Defendant, alleging a single cause of action for Violations of the Private Attorneys General Act at Labor Code Sections 2698, *et seq.*, Case No. 56-2021-00549844-CU-OE-VTA ("State Court PAGA Action");

WHEREAS, on July 1, 2021, the Parties participated in a full day mediation with Jeffrey Ross, Esq., to resolve the Class Action and State Court PAGA Action;

WHEREAS, at the conclusion of the full day mediation, the Parties reached a settlement of the claims asserted in the Class Action and the State Court PAGA Action;

WHEREAS, the Parties have fully executed a long-form settlement agreement, pursuant to which the Parties agreed Plaintiff will amend the State Court PAGA Action to add the pending Class Action claims;

WHEREAS, on October 6, 2021, Plaintiff filed a First Amended Complaint in the State Court PAGA Action to add the pending Class Action claims, a true and correct conformed copy of which is attached hereto as Exhibit #1;

WHEREAS, the Parties have agreed to seek approval of the settlement of the Class Action and State Court PAGA Action in Ventura County Superior Court, which would result in the complete resolution of all pending claims in both the Class Action and the Stat Court PAGA Action;

1  WHEREAS, the Parties have obtained a hearing date on the Motion for
2  Preliminary Approval of Class and PAGA Settlement in Ventura County Superior
3  Court for November 22, 2021 at 8:30 a.m.;
4  WHEREAS, pursuant to the Parties' agreement and Fed. R. Civ. P. 41(a)(2),
5  the Parties stipulate that all forthcoming deadlines in this action shall be vacated and
6  this action shall be dismissed in its entirety without prejudice. The Parties shall each
7  bear their own fees and costs.
8  / / /
9  / / /

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective undersigned counsel, and for good cause, that upon entry of an Order by the Court approving the Stipulation:

1. All forthcoming deadlines in this action shall be vacated.
2. This action is dismissed in its entirety without prejudice.
3. The Parties shall each bear their own fees and costs.

DATED: October 11, 2021              **ZAKAY LAW GROUP, APLC**
                                     **JCL LAW FIRM, APC**


By:  */s/ Jean-Claude Lapuyade*
     Jean-Claude Lapuyade
     Shani O. Zakay

     Attorneys for Plaintiffs


DATED: October 11, 2021              **LITTLER MENDELSON, P.C.**


By: */s/ Robert S. Blumberg*
     Robert S. Blumberg
     Ashley J. Brick

     Attorneys for Defendants

# SIGNATURE OF CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2), I hereby certify that the contents of this document is acceptable to counsel for Defendant, and that I have obtained all necessary authorization to affix Defendant's counsel's electronic signature to the document.

Dated: October 11, 2021

**ZAKAY LAW GROUP, APLC**
**JCL LAW FIRM, APC**
*/s/ Jean-Claude Lapuyade*
Jean-Claude Lapuyade
Shani Zakay
Attorney for Plaintiffs