UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

JS-6

| | |
|---|---|
| Case No. 2:21-cv-0447-MCS-PVC | Date October 21, 2021 |
| Title *Monserrat Lopez v. Adidas America, Inc., et al* | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| V.R. Vallery for Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER GRANTING JOINT STIPULATION TO DISMISS CASE (ECF NO. 38)

The Court has reviewed and considered the Joint Stipulation Requesting Voluntary Dismissal without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) (the "Stipulation") filed by Plaintiff MONSERRAT LOPEZ ("Plaintiff") and Defendant ADIDAS AMERICA, INC. ("Defendant"), and finding good cause appearing for the same, the Stipulation shall be and hereby is GRANTED as follows:

1. All forthcoming deadlines in this action shall be vacated.
2. This action is dismissed in its entirety without prejudice.
3. The Parties shall each bear their own fees and costs.

**IT IS SO ORDERED.**